UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

JA DOE 1, an individual,

    Plaintiff,

v.

HEARTLAND IVY PARTNERS LLC
a/k/a and f/k/a HEARTLAND REALTY
INVESTORS, INC. d/b/a HOTEL IVY;
IVY EQUITY PARTNERS LLC d/b/a HOTEL
IVY; and WISCHERMANN PARTNERS, INC.,

    Defendants.

Case No.: 24-CV-04347 JWB/TNL

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

---

This matter came on for hearing before the undersigned on Plaintiff's Motion to Proceed Under Pseudonym.

Based upon all the arguments of counsel and all the records and proceedings herein.

IT IS HEREBY ORDERED:

1. That Plaintiff may proceed in this action under a pseudonym.

Dated:

BY THE COURT:

_____
Magistrate Judge Tony N. Leung